File Hashes for IP Address 68.62.31.2

**ISP:** Comcast Cable Holdings, LLC
**Physical Location:** Grand Blanc, MI

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 03/01/2015 18:23:55 | B52CBE3959575399BEBBDEE6D4A5553D476F204F | Me Myself And I |
| 03/01/2015 16:42:35 | A4BFA9B1278D2CDC4C985B87DB983F7578738244 | Fashion Models Are Bisexual |
| 02/28/2015 19:02:31 | 4CBE8879EDEEC66D681CC570CD3434B1CE7788AA | X-art Unauthorized Pack #89 |
| 02/22/2015 02:53:49 | 385AD09ACB8FED755652269104CCECD518BEC7A9 | Midnight Passion |
| 02/15/2015 21:37:58 | F42B34B6556172AEB09CE7FC520DDDFDCADC29B6 | Competition |
| 02/15/2015 21:31:59 | D68E08268A69BB3CF305BE24C01C58E9E0C194E6 | Girls Night Out |
| 02/15/2015 21:15:28 | C3F656CDA6134E3569B0476DAB07D8913E01DF6E | Bring Me To My Knees |
| 02/14/2015 02:21:46 | 1C35BF414326079576DD727963F40A73CEDA4EF9 | Spread Wide Open |
| 12/14/2014 15:46:03 | DE24C3F03A30E1E0E3D7A2B66D4885E4A80D7549 | Still Mine |
| 08/24/2014 14:50:31 | DD54541DD3CE9E43D2314BC8BCA659AB983DE330 | Sexy En Noir |

**Total Statutory Claims Against Defendant: 136**

EXHIBIT A

NEMI265